

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:23-cr-00158

DANIEL PHILLIP BECKMAN

18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(b)(1)

# I N F O R M A T I O N

The United States Attorney Charges:

From on or about November 27, 2022, through on or about December 15, 2022, at or near Madison, Boone County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant DANIEL PHILLIP BECKMAN did knowingly receive and attempt to receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: _____
Jennifer Rada Herrald
Assistant United States Attorney