# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 2/6/2024 | Case Number: | 2:23-cr-00158 |
| Case Style: | USA vs. Daniel Phillip Beckman | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2512-Faber | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Cindy Lilly |

Attorney(s) for the Plaintiff or Government:

Jennifer Rada Herrald

Attorney(s) for the Defendant(s):

Tim Carrico

| | |
|---|---|
| Law Clerk: | Evan Smith |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 11:00 AM | 11:50 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 50 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 11:00 a.m.
Actual Start: 11:00 a.m.
Court adopts findings in PSR
Court accepts plea agreement.
Base Offense Level: 22
Total Offense Level: 35
Criminal History: III

Custody Range: 210 - 240
Supervised Release Range: 5 years to life
Fine Range: $40,000 - $250,000 plus costs of incarceration
$5,000 fine pursuant to 18:3014
Assessment: $100
Possible restitution
Dr. David Ellis sworn and examined
Carla Beckman makes a statement
Counsel for the defendant, the defendant, and the Assistant United States attorney given an opportunity to speak.
Court grants motion for a downward variance
Sentence imposed as follows:
Custody: 120 months
Supervised Release Term: 5 years
Assessment: $100
$5,000 assessment pursuant to 18:3014
Court recommends that defendant be incarcerated at FCI Elkton.
Defendant advised of his right to appeal.
Indictment in 2:23-cr-48 dismissed on motion of the government.
Defendant remanded.
Court adjourned at 11:50 a.m.